

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

08/25/25 10:12:41 AM

Ruben Morin
Clerk

**THOMAS MULLINS, CSR**
**OFFICIAL COURT REPORTER**
**COUNTY COURT AT LAW NO. 1**
**2100 Bloomdale Road, Suite 20364**
**McKinney, Texas 75071**
**(972) 548-3866**

August 25, 2025

Ms. Lisa Matz, Clerk
Court of Appeals
Fifth District of Texas
600 Commerce Street
George Allen Courts Building
Dallas, Texas 75202

Re:    Appellate #05-25-01082-CV
       LVNV Funding LLC vs. Tyrone Reid

Dear Ms. Matz:

    I am notifying you that there was no Reporter's Record made in this matter. It was a default judgment and those are submitted by submission and there is no record made.

Sincerely yours,

/s/ Thomas Mullins
Thomas Mullins, CSR
Official Court Reporter
County Court At Law No. 1
Collin County, Texas
McKinney, Texas 75069

CHIEF JUSTICE
J.J. KOCH

JUSTICES
BONNIE LEE GOLDSTEIN
CRAIG SMITH
DENNISE GARCIA
EMILY MISKEL
MARICELA BREEDLOVE
NANCY KENNEDY
TINA CLINTON
JESSICA LEWIS
GINO ROSSINI
CYNTHIA BARBARE
EARL JACKSON
MIKE LEE



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
5ththeclerk@txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

Court of Appeals Number:   05-25-01082-CV
Trial Court Case Number:   001-00731-2025

August 20, 2025

## INFORMATION SHEET BY COURT
## REPORTERS

*The Court Requests the Court Reporter to complete and file in Tames this form within 7 days of receiving this request. You are expected to file the reporter's record by the original due date. See Tex. R. App. P.35. If a reporter determines that the due date may not be met, please advise the Clerk of the Court of Appeals immediately in writing, stating the reason and the due date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original record due date, each extension not to exceed 30 days in regular appeals and 10 days in accelerated appeals for a total period not to exceed 60 days in regular appeals and 20 days in accelerated appeals.*

| | |
|---|---|
| (1) Was the Proceeding Recorded by a Court Reporter? | ☐ Y ☒ N |

(2) Are you the only court reporter involved in this appeal?   ☒ Y   N

**If not,** please provide the names, full addresses, email address and telephone number of all other court reporters below.

| | |
|---|---|
| (3) Has the appellant requested that the reporter's record be prepared or has the trial court ordered that the record be prepared? | Y ☒ N |

(4) Please select from the following options:
- ○ A. The appellant has paid for the record.
- ○ B. The appellant has made arrangements to pay for the record
- ○ C. The appellant is appealing as indigent.
- ○ D. The appellant has not paid or made arrangements to pay for the record and is not appealing as indigent.

CHIEF JUSTICE
  J.J. KOCH

JUSTICES
BONNIE LEE GOLDSTEIN
CRAIG SMITH
DENNISE GARCIA
EMILY MISKEL
MARICELA BREEDLOVE
NANCY KENNEDY
TINA CLINTON
JESSICA LEWIS
GINO ROSSINI
CYNTHIA BARBARE
EARL JACKSON
MIKE LEE



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

RUBEN MORIN
CLERK OF THE COURT
(214) 712-3400
5ththeclerk@txcourts.gov

MYRNA GASC
BUSINESS ADMINISTRATOR
(214) 712-3417
myrna.gasc@txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

When requesting permission to file physical copies of electronic media, you must list what attempts have been made to convert and upload those files electronically through the TAMES portal. Also state why the attempts were unsuccessful. Exhibits must be filed contemporaneously with the testimony transcripts.

**Court Reporter's Signature, Full Address, Email Address and Telephone Number:**